**Motion Granted; Vacated and Remanded and Memorandum Opinion filed June 11, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00150-CV

---

### THE HARRIS COUNTY APPRAISAL DISTRICT, Appellant

### V.

### CLEAR LAKE OFFICE PARTNERS, LLC AND METRO CLEAR LAKE OFFICE PARTNERS, LLC, Appellees

---

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2013-53295**

---

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed January 22, 2015. On May 21, 2015, the parties filed an agreed motion to reinstate the appeal and remand this case to the trial court for entry of an agreed final judgment. *See* Tex. R. App. P. 42.1(a)(2)(B).  The motion is granted.

Accordingly, we order the trial court's judgment vacated and set aside without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Busby.